LAWRENCE G. BROWN
Acting United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-165-LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER AMENDING |
| | ) | BRIEFING SCHEDULE ON |
| v. | ) | DEFENDANT DANIEL ROSALES' |
| | ) | SEVERANCE MOTION |
| JESUS FERNANDO VEGA, et al., | ) | |
| | ) | Date:  February 10, 2009 |
| Defendants. | ) | Time:  9:15 a.m. |
| _____ | ) | Court: Hon. Lawrence Karlton |

    Whereas, the plaintiff United States of America desired additional time to respond to defendant Daniel Rosales' severance motion that is set for hearing on February 10, 2009,

    It is hereby stipulated and agreed between plaintiff United States of America and defendant Rosales, through their respective counsel that the briefing schedule for Rosales' motion shall be amended as follows:

    1.   The United States' response filed on January 20, 2009, shall be considered timely filed;

    2.   Rosales' reply memorandum, if any, shall be due on January 30, 2009; and

1

3. The February 10, 2009, at 9:15 a.m., hearing date for the motion shall remain as currently set.

Dated:  January 22, 2009           LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ Samuel Wong
                            By:    _____
                                   SAMUEL WONG
                                   Assistant United States Attorney


                                   /s/ Philip Cozens
Dated:  January 22, 2009           _____
                                   PHILIP COZENS
                                   Attorney for defendant
                                   Daniel Rosales
                                   (per email authorization)

_____

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: January 26, 2009           _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT