```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2772

 5

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10

11  UNITED STATES OF AMERICA,     )  CR. NO. S-07-165-LKK
                                  )
12          Plaintiff,            )  STIPULATION AND ORDER
                                  )  CONTINUING STATUS CONFERENCE
13      v.                        )  FOR DEFENDANT DANIEL ROSALES
                                  )
14  JESUS FERNANDO VEGA, et al.,  )
                                  )  Date:  April 7, 2009
15          Defendants.           )  Time:  9:15 a.m.
    _____ )  Court: Hon. Lawrence Karlton
16
```

17      Whereas, there is currently a status conference set on April
18  7, 2009, at 9:15 a.m.;
19      Whereas, both the prosecutor will need additional time to
20  confirm certain facts necessary for the preparation of the
21  proposed plea agreement and that task is made more difficult and
22  time consuming because some of the evidence to be reviewed is in
23  the Spanish language;
24      Whereas, both the prosecutor and defense counsel will need
25  additional time to resolve the details of a proposed plea
26  agreement;
27      Whereas, defense counsel will need additional time to
28  explain the ramifications of the plea agreement to his client,

1

1 | defendant Daniel Rosales; and
2 |     Whereas, defense counsel is currently involved in a state
3 | trial that will make it more difficult for him to meet with his
4 | client and make defense counsel unavailable for a change of plea
5 | hearing for Daniel Rosales until mid-May 2009,
6 |     IT IS HEREBY stipulated between plaintiff United States of
7 | America, on the one hand, and defendant Daniel Rosales, on the
8 | other hand, by and through their respective undersigned counsel,
9 | that the previously set April 7, 2009, at 9:15 a.m., status
10 | conference shall be continued to May 19, 2009, at 9:15 a.m.
11 |     It is further stipulated and agreed between the parties that
12 | the time period from the date of this stipulation, April 3, 2009,
13 | through and including May 19, 2009, shall be excluded from
14 | computation of time within which the trial of the above criminal
15 | prosecution must commenced under the Speedy Trial Act on the
16 | grounds that the failure to grant the requested continuance would
17 | deny both respective counsel for the prosecution and the defense
18 | reasonable time necessary for effective preparation taking into
19 | account the exercise of due diligence as described in this
20 | ///
21 | ///
22 | ///

stipulation. Both parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv), and Local Code T4.

Dated: April 3, 2009 Respectfully submitted,

/s/ Philip Cozens

PHILIP COZENS
Attorney for defendant
Daniel Rosales
(per phone authorization
from Geri of Philip Cozens'
Law Office)

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/Samuel Wong

SAMUEL WONG
Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny counsel for the United States and defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

The current April 7, 2009, 9:15 a.m., status conference shall be continued to May 19, 2009, at 9:15 a.m.

The time period from the date of the parties' stipulation, April 3, 2009, through and including May 19, 2009, shall be excluded from computation of time within which the trial of the above criminal prosecution must commenced under the Speedy Trial Act under Title 18, United States Code, Section 3161(h)(8)(B)(iv), and Local Code T4.

IT IS SO ORDERED.

Dated: April 6, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT