PHILIP COZENS, SBN# 84051

1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916)443-1504
Fax: (916) 443-1511

Attorney for Defendant DANIEL ROSALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>DANIEL ROSALES, et al,<br><br>Defendant | Case No.: S-07-165-LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: June 23, 2009<br>Time: 9:15 a.m.<br>Judge: Lawrence K. Karlton |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference hearing scheduled for June 23, 2009 at 9:15 a.m. be continued to August 11, 2009 at 9:15a.m.in the same courtroom. Samuel Wong, Assistant United States Attorney, and Philip Cozens, Defendant's attorney, are requesting such continuance in order to continue negotiations for acceptable changes in the plea agreement.

It is further stipulated that Defendant need not appear in Court on June 23, 2009, but must appear on August 11, 2009.

It is further stipulated that the period from the date of this stipulation through and including August 11, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATED:  June 19, 2009                             By:        /s/  Philip Cozens
                                                                         PHILIP COZENS
                                                                         Attorney for Defendant
                                                                         BRENDA ALEXANDER

DATED:  June 19, 2009                                         LAWRENCE G. BROWN
                                                                         United States Attorney

                                                            By:         /s/  Samuel Wong
                                                                         SAMUEL WONG
                                                                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:   June 22, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT