PHILIP COZENS, SBN# 84051

1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916)443-1504
Fax:  (916) 443-1511

Attorney for Defendant DANIEL ROSALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>DANIEL ROSALES, et al,<br><br>Defendant | Case No.: S-07-165-LKK<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:   June 16, 2009<br>Time:   9:15 a.m.<br>Judge:  Lawrence K. Karlton |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference hearing scheduled for June 16, 2009 at 9:15 a.m. be continued to June 23, 2009 at 9:15a.m.in the same courtroom. Samuel Wong, Assistant United States Attorney, and Philip Cozens, Defendant's attorney, are requesting such continuance in order to conclude changes being made in the plea agreement.

It is further stipulated that Defendant need not appear in Court on June 16, 2009, but must appear on June 23, 2009.

It is further stipulated that the period from the date of this stipulation through and including June 23, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATED:  June 12, 2009                                    By:           /s/  Philip Cozens
                                                                                        PHILIP COZENS
                                                                                        Attorney for Defendant
                                                                                        BRENDA ALEXANDER


DATED:  June 12, 2009                                                      LAWRENCE G. BROWN
                                                                                        United States Attorney

                                                                         By:            /s/  Samuel Wong
                                                                                        SAMUEL WONG
                                                                                        Assistant U.S. Attorney


**IT IS SO ORDERED.**

Dated: June 16, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT