1  PHILIP COZENS, SBN# 84051
2  1007 7th Street, Suite 500
   Sacramento, California  95814
3  Telephone:  (916)443-1504
   Fax:  (916) 443-1511
4  Email:  pcozens@aol.com

5  Attorney for Defendant DANIEL ROSALES

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: S-07-165-LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| ) | |
| vs. ) | Date:    October 14, 2009 |
| DANIEL ROSALES, et al, ) | Time:    9:15 a.m. |
| ) | Judge:   Lawrence K. Karlton |
| Defendant ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Sentencing scheduled for October 14, 2009 at 9:15 a.m. be moved up to September 29, 2009 at 9:15 a.m. in the same courtroom. Carolyn Delaney, Assistant United States Attorney, and Philip Cozens, Defendant's attorney, are requesting such scheduling change in order to reach an early disposition of this matter at the defendant's request.

It is further stipulated that Defendant need not appear in Court on October 14, 2009, but must appear on September 29, 2009.

It is further stipulated that the period from the date of this stipulation through and including September 29, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

STIPULATION AND ORDER         - 1 -

**IT IS SO STIPULATED.**

DATED:  September 18, 2009                    By:        /s/  Philip Cozens
                                                         PHILIP COZENS
                                                         Attorney for Defendant
                                                         BRENDA ALEXANDER

DATED:  September 18, 2009                               LAWRENCE G. BROWN
                                                         United States Attorney

                                               By:        /s/  Carolyn Delaney
                                                         CAROLYN DELANEY
                                                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated:    September 28, 2009            _____
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT